# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH VELAZQUEZ., an individual<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-06844-SVW-FFM<br><br>Honorable Stephen V. Wilson- Courtroom 10A<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: None Set<br>Notice of Removal Served: 9/17/2017<br>Complaint Filed: 9/21/2016<br><br>JS-6 |

## ORDER

Good cause having been shown, the Court orders as follows:

1. Plaintiff's Complaint and each and every cause of action therein is dismissed with prejudice.
2. The Parties shall bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: October 20, 2017

_____
Hon. Stephen V. Wilson
United States District Court Judge